ALFRED COOKE, Respondent, *v.* ROBERT APPLETON, JR., et al.,
Appellants.

(Argued March 8, 1888; decided March 23, 1888.)

APPEAL from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
February 4, 1886, which affirmed a judgment in favor of
plaintiff, entered upon a verdict directed by the court.

*Albert A. Abbott* for appellants.

*Frederic A. Ward* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.